UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL AND MATILDA SALAZAR,

    Plaintiffs,                    CASE NO.

v.

FINANCIAL CREDIT SERVICES, INC.,
dba ASSET RECOVERY ASSOCIATES,

    Defendant.

_____/

### PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, PAUL AND MATILDA SALAZAR ("Plaintiffs"), by and through their attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, FINANCIAL CREDIT SERVICES, INC. dba ASSET RECOVERY ASSOCIATES. ("Defendant"), allege and affirmatively state as follows:

### INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.  Plaintiffs are natural persons who resides in Port Richey, Pasco County, Florida and are obligated or allegedly obligated to pay a debt and are a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6.  Plaintiffs are informed, believe, and thereon allege, that Defendant is a company with a business office located in Chicago, Illinois.

7.  Plaintiffs are a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Plaintiffs are informed, believe, and thereon allege, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiffs.

10.  Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.  Defendant placed collection calls and sent letters to Plaintiffs seeking and demanding payment for an alleged debt for medical services.

12.  On August 31, 2010, Defendant contacted Plaintiffs despite Plaintiffs' written request to cease and desist communication sent to Defendant on May 20, 2010. (*See* Attached Exhibit A)

VERIFIED COMPLAINT 2

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

13. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated *§1692c(c)* of the FDCPA by contacting consumer after written notification that consumer refuses to pay debt, or that consumer wants collector to cease information.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

14. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

15. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

16. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ James Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x230
Fax: (866) 802-0021
jpacitti@consumerlawcenter.com
Attorney for Plaintiffs
FBN: 119768

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, PAUL AND MATILDA SALAZAR hereby demand trial by jury in this action.

# "EXHIBIT A"

09/07/2010  12:54   7278591925                 53BAYONETPOINT                        PAGE  03/04



**Financial Credit Services**

**OFFICIAL NOTICE**



INTERNATIONAL
The Association of Credit
and Collection Professionals

11 MAY 2010

This Claim has been placed with us for collection by:

MEASE HEALTHCARE

ACCT:
CLIENT REF #    61539027
SERVICE DATE:   01/27/09
NAME:           MATILDA SALAZAR
BALANCE DUE:    $250.00

PLEASE CALL    727-446-0018 OR 800-488-3271

You can pay Online at:
www.fcsservices.com

PLEASE NOTE: Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within thirty(30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained shall be used for that purpose.

---

PO BOX 90
CLEARWATER, FL 33757-0090

**RETURN SERVICE REQUESTED**
6479851

IF PAYING BY MASTERCARD, VISA, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ VISA  ☐ DISCOVER  ☐ AMERICAN EXPRESS
CARD NUMBER                                         AMOUNT
SIGNATURE                                           EXP. DATE

| DATE | ACCOUNT NUMBER | PAY THIS AMOUNT |
|---|---|---|
| 11 MAY 2010 | | $250.00 |

SHOW AMOUNT PAID HERE $

**ADDRESSEE:**
1023-7-3****AUTO**SCH 3-DIGIT 335



MATILDA SALAZAR
11620 SALMON DR
PORT RICHEY, FL 34668-1237

**REMIT TO:**

FINANCIAL CREDIT SERVICES
PO BOX 90
CLEARWATER, FL 33757-0090

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

FCS - 1306

09/07/2010  12:54      7278691925                    53BAYONETPOINT                          PAGE  01/04



**Financial Credit Services**



OFFICIAL NOTICE



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

31 AUG 2010

This Claim has been placed with us for collection by:

MEASE HEALTHCARE

ACCT:
CLIENT REF #       61539027
SERVICE DATE:   01/27/09
NAME:                   MATILDA SALAZAR
BALANCE DUE:    $250.00

PLEASE CALL     727-446-0018 OR 800-488-3271

You can pay Online at:
www.fcsservices.com

PLEASE NOTE: Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within thirty(30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained shall be used for that purpose.

PO BOX 90
CLEARWATER, FL 33757-0090

**RETURN SERVICE REQUESTED**
6647981



**ADDRESSEE:**
1847-15-7****AUTO**SCH 3-DIGIT 335
|₁₁||₁₁₁₁||₁₁||₁₁|₁|₁|₁₁||₁|₁||₁₁||₁₁||₁₁|||₁₁₁₁₁
MATILDA SALAZAR
11620 SALMON DR
PORT RICHEY, FL 34668-1237

**REMIT TO:**

FINANCIAL CREDIT SERVICES
PO BOX 90
CLEARWATER, FL 33757-0090

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

FCS - 1306-1

MATILDA A. SALAZAR
11620 SALMON DRIVE
PORT RICHEY, FL 34668-1237

MAY 20, 2010     VIA: CERTIFIED MAIL
                 CC: MEASE COUNTRY SIDE HOSP    ATLANTA, GA

FINANCIAL CREDIT SERVICES
P.O. BOX 90
CLEARWATER, FL 33757-0090

RE: MORTON MEASE COUNTRYSIDE   ACCT NO. ████    $250.00

DEAR SIR:

THIS LETTER WILL SERVE AS YOUR LEGAL NOTICE UNDER FEDERAL LAW THAT REGULATES THE ACTIVITIES OF COLLECTION AGENCIES AND THEIR LEGAL REPRESENTATIVES.

YOU ARE HEREBY NOTIFIED UNDER PROVISION OF PUBLIC LAW 95-109 SECTION 805-C, THE FAIR DEBT COLLECTION PRATICES ACT TO HEREBY CEASE AND DESIST IN ANY AND ALL ATTEMPTS TO COLLECT THE ABOVE DEBT.

YOUR FAILURE TO DO SO WILL RESULT IN CHARGES BEING FILED AGAINST YOU WITH THE STATE AND FEDERAL REGULATORY AGENCIES EMPOWERED WITH ENFORCEMENT.

YOU ARE FURTHER WARNED THAT IF ANY DEROGATORY INFORMATION IS PLACED ON ANY CREDIT REPORTS AFTER RECEIPT OF THIS NOTICE IT TOO WILL RESULT IN ACTION BEING TAKEN AGAINST YOU.

AS IT IS MY POSITION NOT TO RECOGNIZE AND/OR WORK WILL COLLECTION AGENCIES, I WILL SETTLE THIS MATTER DIRECTLY WITH THE ORIGINAL CREDITOR.

GIVE THIS MATTER THE ATTENTION IT DESERVES

YOURS TRULY,
Matilda A. Salazar

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CLEARWATER FL 33757   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

Postmark: HUDSON FLORIDA 34667 USPS 05/20/2010

Sent To: FINANCIAL CREDIT SERVICES
Street, Apt. No. or PO Box No.: P.O. BOX 90
City, State, ZIP+4: CLEARWATER, FLORIDA 33757-0090

PS Form 3800, August 2006   See Reverse for Instructions

---

Total:                              $3.24

Paid by:
Cash                                $5.24
Change Due:                        -$2.00

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*********************************************
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************

Bill#: 1000304873424
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*********************************************
*********************************************
     HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*********************************************
*********************************************

              Customer Copy

---

A. SALAZAR
[...] MON DRIVE
[...]EY, FL 34668-1337

CERTIFIED MAIL
MEASE COUNTRYSIDE HOSP      ATLANTA, GA

RE: ~~~~~

1090
RYSIDE    ACCT NO. ████████      $250.00

[partially cut off handwritten letter:]

...[SERV]E AS YOUR LEGAL NOTICE UNDER
...[REGU]LATES THE ACTIVITIES OF COLLECTION
...[AND] LEGAL REPRESENTATIVES.

...[CER]TIFIED UNDER PROVISION OF PUBLIC LAW 95-109
...FAIR DEBT COLLECTION PRATICES ACT TO
...DESIST IN ANY AND ALL ATTEMPTS TO
...DEBT.

...SO WILL RESULT IN CHARGES BEING
...WITH THE STATE AND FEDERAL
...EMPOWERED WITH ENFORCEMENT.

...WARNED THAT IF ANY DEROGATORY
...[PLAC]ED ON ANY CREDIT REPORTS AFTER
...[NO]TICE IT TOO WILL RESULT IN ACTION
...T YOU.

...ION NOT TO RECOGNIZE AND/OR WORK
...[AGEN]CIES, I WILL SETTLE THIS MATTER
...ORIGINAL CREDITOR.

...ER THE ATTENTION IT DESERVES

...lazar

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, PAUL SALAZAR, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, PAUL SALAZAR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: Sept 22, 2010

PAUL SALAZAR,
Plaintiff

VERIFIED COMPLAINT 5

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, MATILDA SALAZAR, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MATILDA SALAZAR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: *Sept 22, 2010*

*Matilda Salazar*
MATILDA SALAZAR,
Plaintiff

VERIFIED COMPLAINT 6